**UNITED STATES ex rel. Andreas SPINOSA, Relator Appellant, v. Henry H. CURRAN, as Commissioner, etc., Respondent Appellee.**

(Circuit Court of Appeals, Second Circuit. October 20, 1924.)

No. 21.

Appeal from the District Court of the United States for the Eastern District of New York.

Anthony Romano, of New York City, for appellant.

Ralph C. Greene, U. S. Atty., of Brooklyn, N. Y. (William A. De Groot, Asst. U. S. Atty., of Brooklyn, N. Y., of counsel), for appellee.

Before ROGERS, HOUGH, and MANTON, Circuit Judges.

PER CURIAM. Order (4 F.[2d] 613) affirmed.